■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE E. JOHNSON, Appellant. [953 NYS2d 543]—Appeal from a resentence of the Genesee County Court (Robert C. Noonan, J.), rendered March 15, 2011. Defendant was resentenced upon his conviction of assault in the first degree and attempted assault in the first degree.

It is hereby ordered that the resentence so appealed from is unanimously affirmed (*see People v Lingle*, 16 NY3d 621 [2011]). Present—Scudder, P.J., Smith, Centra, Lindley and Whalen, JJ.